ESARSEE, INC., Respondent, v. HARRY C. HOLLAND, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

HARRY FRIED, Respondent, v. ETHEL MADFES, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

GASWELL SERVICE, INC., Plaintiff, v. SINCLAIR REFINING COMPANY, Defendant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty and Davis, JJ.; Carswell, J., not voting.

CORA GOODKIN, an Infant, etc., by Her Guardian ad Litem, SAMUEL GOODKIN, and Others, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and MICHAEL J. O'HARA, etc., Appellants.— Motion to resettle order of March 5, 1934, denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

GRAHAM HILLS, INC., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Hagarty, J., not voting.

LEONARD J. HOLLIGER, JR., and Another, Appellants, v. BENJAMIN H. SWEET and Others, Defendants; ERNEST A. SWEET and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of GEORGE M. ESTABROOK, Appellant, for an Order of Mandamus against W. TAYLOR CHAMBERLAIN, Mayor, ARTHUR W. BRIERLEY and Others, as Trustees, Constituting the Board of Trustees of the Village of Hempstead, Nassau County, New York, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of the RICHMOND COUNTY BAR ASSOCIATION in Respect of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney and Counselor at Law.— Pursuant to stipulation, matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ABRAHAM JACOBS, Respondent, v. SAMUEL TANNENBAUM, Appellant. (Action No. 1.) — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOSEPH KANDELL, Respondent, v. J. P. MAGNER BATHS, INC., and Others, Appellants, and Others, Defendants. (Appeals Nos. 1 & 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.